[No. 48661-6-I.   Division One.   November 25, 2002.]

PETER NIEDERLE, *Appellant*, v. T.D. ESCROW SERVICES, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-2-04090-1, Robert H. Alsdorf, J., entered May 7 and June 1, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Baker and Agid, JJ.

[No. 48726-4-I.   Division One.   November 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS HANSFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01163-1, Kenneth L. Cowsert, J., entered June 5, 2001. *Affirmed* by unpublished opinion per Baker, J, concurred in by Becker, C.J., and Agid, J.

[Nos. 48806-6-I; 48807-4-I.   Division One.   November 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ROY McDANIELS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 99-1-02967-1, Michael Hayden, J., entered July 3, 2001. *Affirmed* by unpublished opinion per Agid, J, concurred in by Becker, C.J., and Baker, J.

[No. 48829-5-I.   Division One.   November 25, 2002.]

*In the Matter of the Personal Restraint of* JAY ANTHONY STEWART, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ.